

**NUMBER 13-15-00410-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

JOAQUIN R. CAVAZOS,                                              **Appellant,**

**v.**

ALBERTO CAVAZOS,                                                **Appellee.**

---

### On appeal from the County Court at Law No. 7 of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Joaquin R. Cavazos, filed an appeal from a judgment entered by the County Court at Law No. 7 of Hidalgo County, Texas, in cause number CL-14-4622-G. Appellant has filed an unopposed motion to dismiss the appeal on grounds the appeal is moot.

The trial court signed a judgment in favor of appellee and against appellant on June 8, 2015. The trial court subsequently granted appellant's timely motion for new trial on September 14, 2015, while it still had plenary jurisdiction over the case. *See* TEX. R. CIV. P. 329b (c), (e).

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED as moot. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of December, 2015.

2